FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUL 11 PM 1:29

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 10-32371 JTM |
| --- | --- |
| SHAY J. MUIR and<br>JENELLE I. MUIR,<br><br>Debtors. | Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 4.13% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 2 | North American Recovery<br>5225 Wiley Post Way #410<br>Salt Lake City, UT 84116 | $0.68 |
| 4 | Riverton City Ambulance<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | $4.88 |

3. A check in the amount of $5.56 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 9th day of July, 2011.

_____
Gary E. Jubber, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____

4842-0493-8506, v. 1

2